UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GUSTAVO FERNANDEZ, | ) | Case No. CV 12-10291 JC |
| Petitioner, | ) ) | |
| v. | ) ) | JUDGMENT |
| | ) ) | |
| G.J. JANOA, | ) ) | |
| Respondent. | ) ) | |

IT IS ADJUDGED that the operative First Amended Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: March 29, 2016

                                                                                                  /s/

Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE

1